# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

ANAYA ELISA MILLAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1598

———————————————

October 22, 2025

Appeal from the Circuit Court for Pinellas County; Susan St. John, Judge.

Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.